UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

PAMELA MAHROUCH,

       Plaintiff,                           Case No. 8:18-cv-00902-MSS-AEP

vs.

CREDIT ACCEPTANCE CORPORATION,

       Defendant.
_____/

**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel(s) that the above-captioned action is voluntarily dismissed, with prejudice, against the Defendant, CREDIT ACCEPTANCE CORPORATION, pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii), each party to bear its own fees and costs.

DATED: May 28, 2019

| | |
|---|---|
| */s/ Jacqueline Simms-Petredis* | */s/ Jon P. Dubbeld* |
| Jacqueline Simms-Petredis, Esq. | Jon P. Dubbeld, Esq. |
| FL Bar No. 906751 | Fla. Bar No. 105869 |
| BURR & FORMAN LLP | Swift, Isringhaus & Dubbeld, P.A. |
| 201 N. Franklin St., Suite 3200 | 10460 Roosevelt Blvd. N Suite 313 |
| Tampa, FL 33602 | St. Petersburg, FL 33716 |
| (813) 221-2626 (Phone) | (727) 755-3676 (Phone) |
| (813) 357-3534 (Fax) | (727) 255-5332 (Fax) |
| Attorneys for Defendant | Attorneys for Plaintiff |

24519446 v1