**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

**PAMELA MAHROUCH,**

    Plaintiff,

v.                                         Case No: 8:18-cv-902-T-35AEP

**CREDIT ACCEPTANCE
CORPORATION,**

    Defendant.

_____

## ORDER OF DISMISSAL WITH PREJUDICE

    Upon consideration of the Parties' Stipulation of Voluntary Dismissal, (Dkt. 9) and pursuant to Fed. R. Civ. P. 41, it is hereby **ORDERED** that this case is **DISMISSED WITH PREJUDICE**. Each party shall bear its own attorneys' fees and costs associated with this matter. The **Clerk** is directed to terminate any pending motions and **CLOSE** this case.

    **DONE and ORDERED** at Tampa, Florida this 31st day of May, 2019.

_____
MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel of Record
Any Unrepresented Party